1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       CENTRAL DISTRICT OF CALIFORNIA

8                              WESTERN DIVISION

9

10   FRED WILSON,                          )   No. CV 06-6028 ODW (FFM)
                                           )
11                    Petitioner,          )
                                           )   JUDGMENT
12          v.                             )
                                           )
13   MICHAEL KNOWLES, Warden,              )
                                           )
14                    Respondent.          )
     _____       )

15

16          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED:    August 4, 2011

21

22                                         _____

23                                              OTIS D. WRIGHT
                                           United States District Judge
24

25

26

27

28